**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BERRY MORROW**                                                                       **PLAINTIFF**
**ADC #143825**

**v.**                  **NO: 5:14CV00152 BSM/HDY**

**GAYLON LAY et al.**                                                       **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants' motion to dismiss [Doc. No. 21] is denied.

DATED this 27th day of January 2015.

                                                                                   _____
                                                                              UNITED STATES DISTRICT JUDGE