**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BERRY MORROW**     **PLAINTIFF**
**ADC #143825**

**v.**     **CASE NO. 5:14CV00152 BSM**

**GAYLON LAY et al.**     **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the PRD should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion for injunctive relief [Doc. No. 33] is denied.

DATED this 12th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE